Grant E. Courtney
Law Office of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtneylaw@comcast.net

```
_____ FILED _____ LODGED
            _____ RECEIVED

        JAN 0  2011

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| F.C. BLOXOM COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD CITY PRE-PACK, INC., a Washington corporation; FREDERICK A. HAMILTON a/k/a FREDERICK A. GUEVERA, an individual; JAMES D. HAMILTON, an individual; IMELDA R. HAMILTON, an individual; and the marital community of JAMES D. HAMILTON AND IMELDA R. HAMILTON<br><br>v.<br><br>STATE OF WASHINGTON<br><br>Garnishee Defendant | Civil Case<br><br>Case No. 3:11-mc-5021-BHS<br><br>JUDGMENT ON ANSWER AND ORDER TO PAY |

## **GARNISHMENT JUDGMENT SUMMARY**

1.  Judgment Creditor:                         F.C. Bloxom Co.

2.  Judgment Debtor on Garnishment:            State of Washington

Judgment on Answer and Order to Pay - 1

Grant E. Courtney
Law Office of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtneylaw@comcast.net

3.   Garnishment Judgment Amount                $1,416.46

4.   Costs Judgment Amount                      $384.00

    Writ Issuance/Filing Fee                    $ 39.00
    Service and Affidavit Fees                  $ 95.00
    Postage & Costs of Certified Mail           $0
    Answer Fee                                  $0
    Clerk's Trust Fee                           $0
    Ex-Parte Fee                                $0
    Garnishment Attorney's Fees                 $250.00

    TOTAL of Garnishment Costs                  $384.00

5.   Judgment Amount shall bear interest at 18% per annum (contract rate in judgment).

6.   Attorney for Judgment Creditor:            Grant E. Courtney

    IT APPEARING THAT Garnishee Defendant was indebted to the Defendant in the nonexempt amount of $1,416.46; that at the time the writ of garnishment was issued Defendant was employed by Garnishee Defendant, or Garnishee Defendant had in its possession or control funds, personal property, or effects of Defendant; and that Judgment Creditor has incurred recoverable costs and attorney's fees as stated above in Line 4 of the Garnishment Judgment Summary; now, therefore, it is hereby

    ORDERED that the Plaintiff is awarded judgment against the Garnishee Defendant in the sum stated in Line 3 of the Garnishment Judgment Summary above, and it is

    ORDERED that the Plaintiff is awarded judgment against the Defendant in the sum stated in Line 4 of the Garnishment Judgment Summary above for recoverable garnishment costs, and it is

    ORDERED that the Garnishee Defendant shall pay its judgment to Plaintiff directly or through Plaintiff's attorney and if any payment is received by the Clerk of the Court, the Clerk of the Court shall forthwith disburse said payment to the Plaintiff through the Plaintiff's attorney.

    **THE GARNISHEE DEFENDANT IS ADVISED THAT THE FAILURE TO PAY ITS JUDGMENT AMOUNT MAY RESULT IN A JUDGMENT BEING ENTERED**

Judgment on Answer and Order to Pay -  2

Grant E. Courtney
Law Office of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtnerylaw@comcast.net

AGAINST GARNISHEE DEFENDANT AND MAY RESULT IN EXECUTION OF THE JUDGMENT, INCLUDING GARNISHMENT.

DONE IN OPEN COURT this ___ day of _____, 2011.

_____
United States District Court Judge

Presented by:

/s/Grant E. Courtney
Grant E. Courtney
Attorneys for Plaintiff
WSBA #16248

Judgment on Answer and Order to Pay - 3

Grant E. Courtney
Law Office of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtneylaw@comcast.net

## UNDERLYING JUDGMENT BALANCE ITEMIZATION

1. Prior Judgment Balance — $57,669.40

2. Judgment Interest From 7/29/11 to 12/1/11 — $3,469.68

3. Garnishment Costs:
   - Writ Issuance/Filing Fee — $ 39.00
   - Service and Affidavit Fee — $ 95.00
   - Postage & Costs of Certified Mail — $ 0
   - Answer Fee — $ 0
   - Clerk's Trust Fee — $ 0
   - Ex-Parte Fee — $ 0
   - Garnishment Attorney's Fee — $250.00

   TOTAL of Garnishment Costs — $ 384.00

4. Recoverable Garnishment Costs or Amount Withheld (whichever is less) — $ 0

5. Total Amount Due Judgment Creditor — $61,523.08

6. Less Judgment Sum Paid by Garnishee Defendant — $1,416.46

7. Remaining Judgment Balance Owed by Judgment Debtor — $60,106.62

Judgment on Answer and Order to Pay - 4

Grant E. Courtney
Law Office of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtneylaw@comcast.net